## (February 7, 1962)

GRACE G. SPERY, Respondent, v. JOSEPH C. SPERY, Appellant.— Motion by appellant for a stay, pending appeal, denied. The trial should be held without further delay. Motion by appellant to dispense with printing, granted. The appeal will be heard on the printed appeal record heretofore filed with this court on the prior appeal, on the original additional papers and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their typewritten briefs and to serve one copy on each other. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

## (February 13, 1962)

ERNEST KLEIN, Plaintiff, v. OSCAR GRUSS & SON, Defendant.— Motion by defendant for leave to appeal from an order of the Appellate Term, granted. Motion by defendant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED BALDWIN HAYNES, Appellant.— Motion by appellant to vacate order dated October 7, 1957 dismissing his appeal from a judgment of conviction of the County Court, Suffolk County, rendered November 19, 1956. Motion denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE SHILLITANI, Respondent, v. EDWARD M. FAY, as Warden of Green Haven Prison, Appellant.— Oral motion by respondent, made on calendar call on January 30, 1962, to dismiss appeal, granted; appeal dismissed. Motion by appellant to withdraw appeal, made by affidavit after calendar call, denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.